2:08cv57-MHT

Dear Clerk,

On or about the 26st of Jan I filed a writ of habeas corpus with your office. I was suppose to file it in the Northern District but I filed it in the middle district. Could you please transferr it to the Nothern District and also could you write me and let me know if it has been transferred. I am sorry for any trouble I have caused you. if you would transferr the petition I will be gratefull. Thank you for your time and consideration in this matter.

Date 02-06-08

Respectfully
John Mitchell 220771
H-Dorm-Bed-2A
P.O. Box 150
Mount Meigs, AL.
36057

RECEIVED 2008 FEB 11 A [illegible] DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

John Mitchell-220971
H-Dorm-Bed-2A
P.O. Box 150
Mount Meigs, AL.
36057

MONTGOMERY AL 361
08 FEB 2008 PM 4 T

"LET US DARE TO
THINK, SPEAK
John Adams,
power of the

Clerk of the United States
District Court
P.O. Box 711
Montgomery, Alabama
36101

LEGAL MAIL
"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."