IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DEVISION

2008 MAR -6 A 10: 06

EX PARTE John Lamar Mitchell,
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Petitioner,

V.                          Case No. 2:08-CV-00057-MHT-WC

WARDEN CUMMINS,
STATE OF ALABAMA,
Respondents.

---

MOTION FOR COURT APPOINTED ATTORNEY FOR INDIGENT PETITIONER.

Comes now the petitioner, John Mitchell, pro-se, in the above styled cause, pursuant to the Rules of Federal Proceedure, and moves this honorable court to appoint counsel for the petitioner, John Mitchell, to assert and protect the rights of the petitioner that have been violated. And to help prosecute his non frivolous claims that have been in the Alabama courts for over 2 years.

Date, March, 3rd 2008

John Mitchell
John Mitchell # 220771
H-Dorm-Bed-2A
P.O. Box 150
Mt. Meigs, AL. 36057

(1)

## Certificate of Service

I hereby certify that I have served a copy of the foregoing on the Respondant listed below pursuant to Houston v. Lack, by placing in the prison mail box, first class, postage pre-paid on this 3rd day of March 2008

*John Mitchell*
John Mitchell # 220771
H-Dorm-Bed-2A
Mt. Meigs, AL. 36057
__Petitioner.__

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
       36101-0711
__Respondant.__

(2)

John Mitchell # 220771
H-Dorm-Bed-2A
P.O. Box 150
MT. Meigs, AL.
36057

LEGAL MAIL

MONTGOMERY AL 361
05 MAR 2008 PM 4 T

"LET US DARE TO ~~~
THINK, SPEAK ~~~
John Adams, 17~~
power of the ~~~

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama.
36101-0711

36101+0711-11 8007