IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JOHN LAMAR MITCHELL, #220 771        *

     Petitioner,        *

     v.        *        2:08-CV-57-MHT
                                       (WO)

WARDEN CUMMINS, *et al.*,        *

     Respondents.        *

_____

**ORDER**

On February 21, 2008, the magistrate judge filed a recommendation (Doc. #4) in this case to which no timely objections have been filed. On March 6, 2008, plaintiff filed a motion for court appointed attorney (Doc. #6). After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED as follows:

(1)     The recommendation (Doc. #4) of the magistrate judge is adopted.

(2)     This case and plaintiff's pending motion for court appointed attorney (Doc. #6) are transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 14th day of March,  2008.


     /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE